1 | Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
2 | Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
3 | EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
4 | 8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5 | Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652
6
7 | Attorneys for Defendants
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY and OLD REPUBLIC TITLE COMPANY OF
8 | NEVADA

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12   BANK OF AMERICA, N.A., | Case No.: 2:21-cv-00454-GMN-EJY |
| 13                Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S AND OLD REPUBLIC TITLE COMPANY OF NEVADA'S TIME TO RESPOND TO COMPLAINT** |
| 14          vs. | |
| 15   OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOES I through X; and ROES XI through XX, | |
| 16 | |
| 17 | |
| 18                Defendants. | **(First Request)** |

19

20

21

22

23

24

25

26

27


28 | EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

Defendants Old Republic National Title Insurance Company ("Old Republic") and Old Republic Title Company of Nevada ("OR Agency"), and plaintiff Bank of America, N.A. ("BANA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, BANA commenced the action by filing a Complaint on March 18, 2021, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-21-831366-C);

**WHEREAS**, on March 18, 2021, Old Republic filed a Petition of Removal with this Court based upon diversity jurisdiction (ECF No. 1);

**WHEREAS**, on March 26, 2021, BANA served OR Agency with the complaint and summons;

**WHEREAS**, on April 13, 2021, Old Republic filed a Supplemental and Amended Petition of Removal (ECF No. 7);

**WHEREAS**, on April 14, 2021, Old Republic accepted service of the complaint and summons through its counsel of record;

**WHEREAS**, OR Agency's response to the complaint is due on April 16, 2021;

**WHEREAS**, Old Republic's response to the complaint is due on May 5, 2021;

**WHEREAS**, Old Republic and OR Agency are requesting an extension of time to respond to the complaint to afford Old Republic's counsel additional time to review, analyze and respond to BANA's complaint and so that Old Republic and OR Agency can jointly respond;

**WHEREAS,** BANA has agreed to extend Old Republic and OR Agency's time to respond to the complaint to May 14, 2021; and

**WHEREAS**, this is the first stipulation for an extension of Old Republic and OR Agency's time to respond to the complaint.

/ / /

/ / /

/ / /

/ / /


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

610789.1

2

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1    Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate

2  and agree as follows:

3       1.    Old Republic and OR Agency shall respond to the complaint on or before May 14,

4             2021.

5       2.    Old Republic and OR Agency intend to preserve their rights and do not expressly

6             waive any and all defenses listed in Fed. R. Civ. P. 12(b).

7

8  DATED this 14th day of April, 2021      DATED this 14th day of April, 2021

9  WRIGHT FINLAY & ZAK, LLP                EARLY SULLIVAN WRIGHT
                                             GIZER & McRAE LLP
10

11       */s/-Lindsay D. Robbins*                   */s/-Sophia S. Lau*
   By: _____     By: _____
12     Darren T. Brenner                       Scott E. Gizer
       State Bar No. 8386                       State Bar No. 12216
13     Lindsay D. Robbins                       Sophia S. Lau
       State Bar No. 13474                      State Bar No. 13365
14     7785 W. Sahara Ave, Suite 200            8716 Spanish Ridge Ave., Ste. 105
       Las Vegas, NV 89117                      Las Vegas, NV 89148
15

16     Attorneys for Plaintiff                  Attorneys for Defendants
       BANK OF AMERICA, N.A.                    OLD REPUBLIC NATIONAL TITLE
17                                              INSURANCE COMPANY and OLD
                                                REPUBLIC TITLE COMPANY OF
18                                              NEVADA

19

20

21                              **ORDER**

22     **IT IS SO ORDERED.**

23

24  Dated:_____April 14, 2021_____     By: _____
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28


**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
610789.1

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW