1 Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2 Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3 EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4 8716 Spanish Ridge Avenue, Suite 105
  Las Vegas, Nevada 89148
5 Telephone: (702) 331-7593
  Facsimile: (702) 331-1652
6
  Attorneys for Defendant
7 OLD REPUBLIC NATIONAL TITLE INSURANCE
  COMPANY
8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

12 BANK OF AMERICA, N.A.,                     Case No.: 2:21-cv-00454-GMN-EJY

13              Plaintiff,                    **STIPULATION AND PROPOSED
                                              ORDER EXTENDING DEFENDANT
14      vs.                                   OLD REPUBLIC TITLE INSURANCE
                                              COMPANY'S TIME TO RESPOND
15 OLD REPUBLIC NATIONAL TITLE                TO MOTION FOR REMAND [ECF
   INSURANCE COMPANY; OLD                     No. 11] AND MOTION FOR FEES
16 REPUBLIC TITLE COMPANY OF                  AND COSTS [ECF No. 12]
   NEVADA, DOES I through X; and ROES XI
17 through XX,                                **(First Request)**

18              Defendants.

19

20

21

22

23

24

25

26

27



28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

1         Defendant Old Republic Title Insurance Company ("Old Republic") and Plaintiff Bank of

2    America, N.A. ("BANA") (collectively, the "Parties"), by and through their counsel of record,

3    hereby stipulate and agree as follows:

4        1.  On March 18, 2021, BANA filed its Complaint in the Eighth Judicial District Court,

5            Case No. A-21-831366-C [ECF No. 1-1];

6        2.  On March 18, 2021, Old Republic filed a Petition for Removal to this Court [ECF No.

7            1];

8        3.  On April 19, 2021, BANA filed a Motion for Remand [ECF No. 11] and Motion for

9            Costs and Fees [ECF No. 12];

10       4.  Old Republic's deadline to respond to BANA's Motion for Remand and Motion for

11           Costs and Fees is May 3, 2021;

12       5.  Old Republic's counsel is requesting an extension until June 3, 2021, to file its

13           response to the pending Motion for Remand and Motion for Costs and Fees;

14       6.  Old Republic requests a brief extension of time to respond to the Motion for Remand

15           and Motion for Costs and Fees to afford Old Republic additional time to respond to the

16           legal arguments set forth in BANA's motions;

17       7.  BANA does not oppose the requested extension;

18       8.  This is the first request for an extension which is made in good faith and not for

19           purposes of delay;

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

613290.1

1     **IT IS SO STIPULATED** that Old Republic's deadline to respond to BANA's Motion for

2 Remand [ECF No. 11] and Motion for Costs and Fees [ECF No. 12] is hereby extended through

3 and including June 3, 2021.

4

5 Dated: April 30, 2021                     EARLY SULLIVAN WRIGHT
                                           GIZER & McRAE LLP

6

7                                     By:   */s/-- Sophia S. Lau*
                                           SCOTT E. GIZER
                                         SOPHIA S. LAU

8                                          Attorneys for Defendant OLD REPUBLIC
                                        TITLE INSURANCE COMPANY

9

10 Dated: April 30, 2021                     WRIGHT FINLAY & ZAK, LLP

11                                     By:   */s/-Lindsay D. Robbins*
                                         LINDSAY D. ROBBINS

12                                          Attorneys for Plaintiff BANK OF AMERICA,
                                         N.A.

13

14

15     **IT IS SO ORDERED.**

16     Dated this   30   day of April, 2021.

17

18

19

20                             _____
    Gloria M. Navarro, District Judge

21     UNITED STATES DISTRICT COURT

22

23

24

25

26

27



28                                     2

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

613290.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ Valerie Segura*
VALERIE SEGURA
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP