WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOES I through X; and ROES XI through XX, <br><br> Defendants. | Case No.: 2:21-cv-00454-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** <br><br> **[First Request]** |

    Plaintiff, Bank of America, N.A. ("BANA") and Defendants, Old Republic National Title Insurance Company and Old Republic Title Company of Nevada ("Defendants", and with BANA, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

    1.    On March 18, 2021, BANA filed its Complaint in the Eighth Judicial District Court, Case No. A-21-831366-C [ECF No. 1-1];

    2.    On March 18, 2021, Old Republic National Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

    3.    Thereafter, on May 11, 2021, the Court entered an Order granting the Parties' stipulation to stay the case pending the Ninth Circuit appeal in *Wells Fargo Bank, N.A. v. Fidelity Nat'l Title Ins. Co.*, Case No, 19-7332 ("*Wells Fargo II* Appeal") [ECF No. 16]. The *Wells Fargo II* Appeal resolved on November 5, 2021.

4. On December 5, 2022, the Court entered a Minute Order requesting that the Parties by a Joint Status Report by January 5, 2023, explaining why this case should remain stayed. [ECF No. 20].

5. Counsel for BANA needs additional time to confer with its client regarding the stay in light of the recent holidays. The Parties hereby stipulate to an additional thirty (30) days, through and including February 6, 2023, to file their Joint Status Report.

6. Counsel for Defendants does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 5th day of January, 2023. | DATED this 5th day of January, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Dragon, Esq. | /s/ Sophia S. Lau, Esq. |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Bank of America, N.A.* | Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>*Attorneys for Defendants, Old Republic National Title Insurance Company and Old Republic Title Company of Nevada* |

**Order**

**IT IS SO ORDERED.**

Dated this   5   day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT