WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOES I through X; and ROES XI through XX, <br><br> Defendants. | Case No.: 2:21-cv-00454-GMN-EJY <br><br> **STIPULATION AND ORDER FOR LIMITED STAY OF CASE** |

Plaintiff, Bank of America, N.A. ("Plaintiff") and Defendants Old Republic National Title Insurance Company and Old Republic Title Company of Nevada ("Defendants", and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

This matter involves a title insurance coverage dispute wherein Plaintiff contends, and Defendants dispute, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance. There are now currently pending in the United States District Court for the District of Nevada and Nevada state courts more than one-hundred actions between national banks, on the one hand, and title insurers, on the other hand. In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA 2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA 115.2/ALTA 5 Endorsements.

1. The Parties have conferred and believe a limited six-month stay is warranted. The *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada Supreme Court Case No. 83737 ("*PennyMac*") appeal remains pending. Additionally, there is another fully briefed appeal to the Nevada Supreme Court involving a similar coverage dispute in *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 ("*Deutsche Bank*"). Both *PennyMac* and *Deutsche Bank* are fully briefed, but oral argument has not been set.[1] The Parties anticipate that the Nevada Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the interpretation of policy and claims handling, that could potentially affect the disposition of the instant action.

Accordingly, the Parties believe a stay of six months in the instant action will best serve the interests of judicial economy. The Parties request that the action be stayed for six months, through and including, August 16, 2023. The Parties are to submit a Joint Status Report on or before August 16, 2023. The Parties further agree that this stipulation and stay of this case is entered based on the specific circumstances surrounding this particular case, and that this stipulation shall not be viewed as a reason for granting a stay in any other pending matter.

///
///
///
///
///
///
///
///

---

[1] There are also two separate appeals with the Ninth Circuit involving similar coverage disputes. The appeal in *Wells Fargo Bank, N.A. v. Commonwealth Land Title Ins. Co.*, Case No. 19-16181 is fully briefed, but the Ninth Circuit has deferred its decision pending the *PennyMac* and *Deutsche Bank* appeals. *See* Dkt. Ent. 75. The appeal in *U.S. Bank Nat'l Ass'n v. Stewart Title Guaranty Co.*, Case No. 22-17015 is in the early stages of briefing with U.S. Bank's opening brief currently due February 28, 2023.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy and in efforts to preserve the Parties' resources, the Parties request that this action be **STAYED FOR SIX (6) MONTHS**, through and including, August 16, 2023.
2. All deadlines currently set in this case shall be **VACATED**.
3. The Parties are to submit a Joint Status Report on or before August 16, 2023.
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.
5. Notwithstanding this Stipulation, the Parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.

**IT IS SO STIPULATED.**

DATED this 15th day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Bank of America, N.A.*

DATED this 15th day of February, 2023.

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

/s/ Sophia S. Lau
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
*Attorneys for Defendants, Old Republic National Title Insurance Company and Old Republic Title Company of Nevada*

**IT IS SO ORDERED.**

Dated this  15  day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE