WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOES I through X; and ROES XI through XX, <br><br> Defendants. | Case No.: 2:21-cv-00454-GMN-EJY <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. and Defendants Old Republic National Title Insurance Company and Old Republic Title Company of Nevada (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 19th day of December, 2023.    DATED this 19th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP    EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*    */s/ Scott E. Gizer*
Lindsay D. Dragon, Esq.    Scott E. Gizer, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200    8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117    Las Vegas, NV 89148
*Attorney for Plaintiff, Bank of America, N.A.*    *Attorney for Defendants, Old Republic National Title Insurance Company and Old Republic Title Company of Nevada*

## ORDER

   **IT IS SO ORDERED.**  The Clerk of Court is instructed to close the case.

   **IT IS FURTHER ORDERED** that Plaintiff Bank of America's Motion to Remand, (ECF No. 11), and Motion for Attorney's Fees, (ECF No. 12), are **DENIED as moot**.

 DATED: Dec.19,2023